226 So.2d 769

**Joseph D. FERRIER**

**v.**

**ROY O. MARTIN LUMBER COMPANY, Inc.**

No. 49998.

Oct. 8, 1969.

In re: Roy O. Martin Lumber Company, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 223 So.2d 182.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

226 So.2d 769

**STATE of Louisiana, Through the DEPARTMENT OF HIGHWAYS**

**v.**

**Milton K. GOLDBERG.**
No. 49999.

Oct. 8, 1969.

In re: State of Louisiana, through the Department of Highways, applying for cer-

tiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 223 So.2d 174.

Writ refused. The result is correct.

FOURNET, C. J., and McCALEB and BARHAM, JJ., are of the opinion the writ should be granted.